UNITED STATES DISTRICT COURT APR -8 PM 3: 00
SOUTHERN DISTRICT OF NEW YORK

Victor Chen

_____

Write the full name of each plaintiff.

**22 CV 2938**

____CV_____

(Include case number if one has been
assigned)

-against-

New York City Dept. of Health,
Arthur Vesen, Commissioner,
Federal Bureau of Investigation,
Christopher Wray, Director

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☑  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Art. II, Sect. 3 "... shall take care that the Laws be faithfully executed..." Amendment V "... nor be deprived of life, liberty, or property, without due process of law...," "nor deny to any person within its jurisdiction the equal protection of the laws,"

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____Victor Chen_____ , is a citizen of the State of
(Plaintiff's name)

_____New York_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____Ashwin Vasan_____, is a citizen of the State of
(Defendant's name)

_New York ; Christopher Wray, District of Columbia_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Victor_                                    _Chen_
First Name              Middle Initial       Last Name

_290 Riverside Drive, Apt. 14C_
Street Address

_New York_                    _N.Y._            _10025_
County, City                   State            Zip Code

_646-954-7348_                 _VC person @ gmail.com_
Telephone Number               Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     New York City Dept of Health
_____
First Name                        Last Name

Ashwin Vasan, Commissioner
_____
Current Job Title (or other identifying information)

125 Worth St.
_____
Current Work Address (or other address where defendant may be served)

New York                    NY              10007
_____
County, City                   State            Zip Code

Defendant 2:     Christopher        Wray
_____
First Name                        Last Name

Director        Federal Bureau of Investigation
_____
Current Job Title (or other identifying information)

935 Pennsylvania Ave.
_____
Current Work Address (or other address where defendant may be served)

Washington                   DC              20535
_____
County, City                   State            Zip Code

Defendant 3:     _____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                   State            Zip Code

Defendant 4:

_____
First Name                        Last Name
_____
Current Job Title (or other identifying information)
_____
Current Work Address (or other address where defendant may be served)
_____
County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City

Date(s) of occurrence: 1958 - 1964

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages (1) Letter to District Attorney Cyrus Vance, County of New York, Sept. 22, 2021. The "theory" at the time was that Yale Univ. sponsored my enslavement and, by sponsoring myths and illusions, I was being injured much as my real mother was being injured.

(2) Complaint, Chen v. New York-Presbyterian Hosp. et al, a 2005 lawsuit. District Judge Barbara S. Jones would dismiss this case and move on to another job.

(3) Pages 373 - 375 of my "The Age of Illusion," detailing my first report to authorities of my mother's homicide. "Eve" was my former wife; "Arthur" was my brother.
                                                              (accepts)
(4) My mother's latest death certificate, supplied by the Department of Health.
(5) My other writings, particularly Unintended Result (2004) and In the Temple of the Philistines (2018), which give the history of which my mother's death is an important part. Getting my family's facts right is vital not only to my family but to New York and the U.S.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I lost a mother at age 18. I am seeking justice for her, for our family, and for the people of New York.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Order the New York City Dept. of Health to correct the cause of death on the death certificate from "natural causes" to homicide. Order the F.B.I. to investigate my mother's death — and related deaths, including John F. Kennedy's, with the defendants I name in my 2005 lawsuit (which I should have appealed at the time).

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| April 5, 2022 | Victor Chen |
|---|---|
| Dated | Plaintiff's Signature |

| Victor | C. | Chen |
|---|---|---|
| First Name | Middle Initial | Last Name |

290 Riverside Drive, Apt. 14C
Street Address

| New York | NY | 10025 |
|---|---|---|
| County, City | State | Zip Code |

| 646-934-7348 | vcperson@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

290 Riverside Drive, Apt. 14C
New York, NY 10025
[646-954-7348]
Sept. 22, 2021

Hon. Cyrus Vance
District Attorney
County of New York
One Hogan Place
New York, NY 10007

Dear Mr. Vance:

I have lived in this city since 1949 as a bona fide legal immigrant, eventually a U.S,
citizen (a private citizen, so far as I knew), and a journalist, historian, and writer whose works
can be found in important libraries in the U.S. and the U.K. The continuing theft of certain
papers and even sections of book manuscripts from this apartment, and the outrageous
information that the Department of Health would require up to 20 weeks to mail a death
certificate to me, lead me to send you this letter and other documents. I am not sending you these
papers seeking profit or with any particular plans for publication. I am trying to get to the district
attorney's office facts about crime.

The first item is two pages scanned from my book *In the Temple of the Philistines*. These
pages contain a letter I sent to you from London on Nov. 16, 2016. As you can see, I had to
correct the spelling of my mother's name. The "New York hospital" referred to on the death
certificate was in fact Presbyterian Hospital. As you can see, I had a kind of theory at the time of
what my mother's suffering and death were meant to symbolize for me.

"Bizarre and Uncivilized," of Aug. 6, 2021, with later expanded sections, is an article I
wrote as I was led to realize that beginning 1956, my father, mother, brothers Lincoln and
Arthur, cousin Diana Wan, and I were condemned to a kind of prison, whose walls were
invisible to me, and from which there could be no appeal for release. One method for enforcing
this imprisonment, I have deduced, was demonstration to my family of how they could be
operated on or killed at night. I have seen hints that my family members sought help from some
officials at points, in vain, because of the powerful persons and institutions sponsoring the
imprisonment. My family will have to be given the opportunity each to explain their own
conduct.

"Escalating Hostage Politics," of August 11, 2021, tells of my realization that
China had  become aware of the absurd crimes committed against Mother and me, of my
frustrations in trying to earn a living and to find out about my mother's suffering and death, and
of the towering gigantic illusions and hoaxes built on this mountain of oppression, and had
decided to do no more for the moment than throw two Canadians named Michael into eleven-
year prison sentences and to let America and the West stew in their own juice

Vance p.2

"Mythical Beasts," of August 2021, discusses much history that remains problematically blocked by certain issues since 1940, nuclear mythology, the Vietnam War, and my mother's illness and death. She began showing bleeding in 1958, and underwent at least one operation whose effects I saw directly, and was mostly a homebody while we sons were away at school and college in the late '50s and early '60s. In the winter of 1963-1964, my brother Arthur called me home suddenly saying Mother was very ill. She seemed, to me, "terrified of dying;" Later I would think that what (in later years) were known as injections of "bovine growth hormone" may have accounted for her passivity going to death. My account here seemed the conclusion. But this text never went through to a complete printed book, and I would later go on to a still further conclusion.

Here I come to some remarks about "Will I Ever See You Again?": "Will I Ever See You Again?" was an article I patched together beginning with parts of a Reuters August 23, 2021, dispatch about Nigeran parents selling everything, even their homes and their land, toward ransoming their kidnapped children, whom they feared they would never see again. I added my sense that this described my mother's trap after 1956 and certainly after 1958. Our lives were at America's nightly mercy, and she didn't cry out even to me for help because she wanted to go on seeing me. Toward her death, there was likely physical sabotage, and also possibly injections of some sort, and she died hoping to give me, and us, more of a life in America. Our family became a special problem given the unsatisfactory nature of the "imprisonment" that I say John F. Kennedy may have gone on to after a staging of his assassination in Dallas on November 22, 1963. The problem of my mother may have been pushed aside by an accelerated demise. My father went on to a teaching position at a state college in Connecticut. Last month, I did not follow my thoughts onto these later ones on JFK. Rather, I went from the Reuters article on desperate Nigerian parents on to questions involving what are known as the Viet Cong of the Vietnam War and the puzzle of John Lennon's death, and the historically extensive claims of the British monarchy. It was at that point that I submitted the manuscript to Guest Essays of The New York Times, which did not accept the article or tell me any reactions to it. Only now do I make a connection to the John F. Kennedy assassination. What I am saying seems like what is often spoken of as an Iranian or "Al Qaeda" point of view—both of which are unacceptable or "terrorist" to America. Yet I have come by these facts honorably and peaceably, coming to them by looking into the death of my own innocent mother, which the New York City police officer said was serious. Now all past versions of "Will I Ever See You Again?" are missing from this apartment; so I am writing you this letter. I hope you can give me a discussion and exchange of information before the end of the month. I will reach out again if I do not hear from you;

Finally, I am attaching two copyrighted properties, "Breslin and Ms. Yuh" and "Don't Free Joe Doherty," to indicate this Chinese-race writer's determination to have his work permanently in New York.

Yours,

Victor Chen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chen, Victor,                              Amended Complaint
    Plaintiff                       Jury Trial Is Demanded
                                           05 CV 3819 (Jones)
against

NewYork-Presbyterian Hospital, Herbert Pardes, M.D., President;
New York Police Department, Raymond Kelly, Commissioner
Federal Bureau of Investigation, Robert S. Mueller III, Director
Office of the Chief Medical Examiner, New York City,
    Charles S. Hirsch, M.D.;
Oxford University, John Hood, Vice-Chancellor;
*The New Yorker* magazine, David Remnick, Editor;
H.M. Elizabeth II, Queen of the United Kingdom of England, Scotland, Wales,
    Northern Ireland, etc.,
    Defendants

I am Victor Chen of 290 Riverside Drive, Apt. 14C, New York, NY 10025.
My full name is Victor Chih-Chia Chen. My name in many school and finan-
cial records is Victor C. Chen.

The address of NewYork-Presbyterian Hospital is 622 West 168 St., New
York, NY 10032.

The address of Police Commissioner Raymond Kelly is 1 Police Plaza, New
York, NY 10007.

The office of Robert S. Mueller III, Director of the Federal Bureau of
Investigation, is 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535

The address of the Office of the Chief Medical Examiner is 520 First
Avenue, New York, NY 10016.

The address of Oxford University is Wellington Square, Oxford OX1 2JD,
United Kingdom.

The address of *The New Yorker* magazine is 4 Times Square, New York, NY
10036.

The address of Queen Elizabeth is Buckingham Palace, London, U.K.

My complaint concerns the pain and death of Winifred Wan-Hsien Chen,
my mother. She died in Presbyterian Hospital (which is now NewYork-
Presbyterian Hospital) on April 29, 1964. The death certificate on file with the
New York City Department of Health is signed by a Charles R. Steinman, M.D.,

149

of 622 West 168 Street (the same address as the hospital), and says that death came by natural causes.

My mother reported symptoms of bleeding in her stool in 1958. I was told that she had "polyps," then "cancer." For at least a period, she had a colostomy to allow her to move her bowels. I was told that she visited a number of doctors and institutions before she finally died at Presbyterian Hospital. In the winter of 1963-1964, she had difficulty walking. In one of her last visits to Presbyterian Hospital, I was told she was given a large transfusion of blood and felt better.

Beginning in 1980, words such as "murder" and "homicide" have repeatedly been suggested to me concerning my mother's experience, and the contradictory and nonsensical behavior of people in my family and others have reinforced this impression. On May 29, 1980, at my earliest opportunity, I visited the Midtown South police station, on West 35th Street, and told an officer that I thought my mother had died from a disease caused by radiation beamed into our apartment by a publishing company. The officer took my name, but not the publishing company's. (At the time, I had in mind that another publishing company than *The New Yorker* was responsible for my mother's illness. I have since concluded that my mother's "symptoms" were caused not by radiation but by physical sabotage.) The officer said simply, "This is serious," and asked me no details about why I said what I said. He told me to take my case to the F.B.I. at 26 Federal Plaza.

At the F.B.I., I was not allowed past the outer reception room. A woman came out to see me, and I repeated what I had told the policeman. She, too, did not ask me any details. She simply told me to take my concern to something called the New York State Board of Radiological Examiners. I was discouraged and did not follow her direction. The New York State Board of Radiological Examiners today does not exist.

On April 28, 1984, I renewed my accusation in a two-page certified letter to then-Commissioner Benjamin Ward of the Police Department. I presented a sort of theory of how a number of population groups had interests in my mother and me, and how my mother's symptoms and death may have been intended to stand for the danger facing certain institutions of higher education that were incurring costs, in a way something like how my mother was being injured, by distorting and concealing certain facts from the public.

In response to this letter, two officers visited me in my apartment. They dismissed the possibility that my mother may have been deliberately killed. "Doctors don't do these things," one said. They spoke of how "your mom and dad" kept an interest in my welfare. Their use of that phrase suggested to me that the very institutions that I was accusing of sponsoring my mother's death

Victor Chen                                    151

were asserting some sort of parenthood over me—though the relation was more like Orwell's Big Brother, and I was not a child.

I also wrote to the Chief Medical Examiner asking for an investigation. The reply was that I should ask the hospital. I asked the hospital, and was given a two-page report on my mother's death in incomprehensible "medical" language.

It has been impressed on me that although NewYork-Presbyterian Hospital must be considered primarily responsible for carrying out the killing of my mother, the institutions that took ultimate responsibility were Oxford University, *The New Yorker,* and the British monarchy, or Queen Elizabeth.

United States District Court has jurisdiction because my mother's rights were violated under the Fifth and Fourteenth Amendments of the U.S. Constitution, and because local authorities have failed to respond satisfactorily. I have not filed suit sooner because I thought I might be able to achieve results and find out some more facts by pursuing my occupation of a writer. It is not too late to identify, try, and, if possible, punish those who put an innocent person to death. It seems to me wrong that any homicide might not be fully and correctly investigated and accounted for to the victim's son and to the public. If the New York State homicide statute and the Fifth and 14th Amendments of the Constitution were not enough, there is the federal statute against violation of a person's civil rights, 18USC241.

I seek a new post-mortem investigation by the police, the FBI, and the Medical Examiner. The physical facts are important, but even more important are the reasons or motives of the individuals who sponsored or carried out this act. I have made my own guesses as to some reason or motives (as in my April 28, 1984, letter to Mr. Ward), but my sense has proved very uncertain. Not all the parties in this deed are dead, and even the ones who are dead have inheritors who may be brought to answer. The law, I should think, requires that a complete account be made—to me and to the public.

*Victor Chen*
April 19, 2005

*(In a two-page Report and Recommendation dated May 13, 2005, U.S. Magistrate Judge Gabriel W. Gorenstein said that this amended complaint should be dismissed, but granted time for me to file objections. On May 23, I filed objections and a memorandom of law with Magistrate Judge Gorenstein and U.S. District Judge Barbara S. Jones.)*

# The Age of Illusion

## *Some Writings*
## *and*
## *A Memoir*

by Victor Chen

*Published by the author*
(My Own Publishing Company)
*For copies of this book, write to:*
290 Riverside Drive, Apt. 14C
New York, NY 10025
1999

est and most innocent member. Was it possible that, all these years, our apartment had been a laboratory of Westernization? I became a U. S. citizen in July 1964, but perhaps the secrets about my father and about my artificial world had been closed off from me, and so I was uniquely left out of the JFK secret by the Eastern establishment that had adopted our family for Luce's experiment. I may have been an honor student at Yale University, but I was told no more about political realities than an average Brazilian tourist. I *wasn't* a Brazilian tourist, nor could you learn much about tourists or about Brazil by studying me, but something like this must have happened.

Certain coincidences in that month of May 1980 had once again made visual internal surveillance of my apartment seem a likelihood. At the public library I had picked up a copy of *Der Spiegel* and come across a small advertisement for a tanning device that looked like a large fluorescent light rack lowered to a couple of feet above a woman lying on her back. My thoughts returned to the old TV series of Superman with his X-ray vision: X-rays surely could see through my walls even if, as Peter Osborn had said, no TV could. A long-running joke of G. B. Trudeau's "Doonesbury" had been the tanning contests, including "pre-cancerous" tanning. My mother had died of cancer, one of whose possible causes is supposed to be radiation. "Dial M for Murder, F for Fake." I said, "I don't think Garry Trudeau's comic strip is funny at all," and beat it out of bed and out of the apartment. As I got out of the elevator on the first floor, a handsome young blond man with flamboyant hair like an Apollo was waiting as if to force his way into the car.

I wandered the streets. A 1950s white Cadillac limousine, a woman in red cowboy boots—it's impossible to record all the sights jogging one's memory. I didn't want to spend another night in that bed, and, several hours later, called a Yale classmate, Peter Kleinbard, who lived in that neighborhood. He let me sleep, or lie awake, on his couch, under a flaking ceiling that obviously had not been painted for many years.

If I were writing a novel, I could try to gild my memories. But I think a memoir calls for calm and objectivity. There is no point here in rehearsing all the memories that swam in my mind that evening, night, and the following morning. Since then I have had to probe again and again the meanings and values of what I have experienced since childhood. On the next morning, May 29th, I found myself standing outside the main public library with my portable typewriter—I had brought it downtown for yet another try at Freedom of Information Act inquiries—when a woman walked by, saying, "The man

373

is obviously slow." A bus pulled up with the heading "Queens Express." We had been living in Queens when Mother died, so I thought "Express" could only mean the police.

Lugging my typewriter, I walked to the station on East 35th Street where I had recovered my stolen bike. The street became crowded with young men pushing empty dress racks. I walked on. At the station I was directed behind a bright-red door. The only officer in the room was sitting at one in a row of three desks, all neat and proper. I sat down beside the desk and said that I thought my mother might have died from cancer caused by radiation beamed into our apartment by a publishing company. He said, "This is serious," and his face showed it. He took my name—but not the company's—and said that I should take my concern to the F.B.I. at 26 Federal Plaza.

I left, a bit disappointed, and stopped at a coffee shop. I ordered the second club sandwich on the menu. The counter man took the order and said, "Number 2 club—keep quiet." My club at Yale, Elihu, is sometimes considered second to Skull and Bones, of which Luce was a member. (How the counter man could have gotten that line I don't know.) I left the restaurant and got into a cab, absentmindedly asking to be taken to the F.B.I. address that I had briefly checked at in 1978—on East 68th Street. As we headed off, the cab's radio sang out with the Fifth Dimension's "This is the dawning of the Age of Aquarius . . ."

We arrived to see a white-gloved doorman beckoning me toward the entrance of an apartment building partly surrounded by scaffolding. I realized I had gone to the wrong address, stumbled down into the subway, and got on the first downtown train, which happened to be a local. At one stop a Chinese man in a suit got on, carrying a golfing magazine. "Golf" seems to be a metaphor for slow, careful writing, and I reflected that I was on a local, but it was too late to get off and try to catch an express.

In the waiting room of the F.B.I., a young, well-groomed black woman came out to see me, carrying a copy of New York City's Green Book—the city's directory of government. I said again that I thought my mother may have died from cancer caused by radiation beamed into our apartment by a publishing company. With a great show of care, as if she were a student in school, she opened the book and told me to inquire with something called the New York State Board of Radiological Examiners. I thought I was being put off, perhaps even that "Board" was intended as a pun on people's boredom with the statistical question of whether radiation might have been a factor in my mother's illness. I left the waiting room, passing a large

374

color photo of William H. Webster, director of the F.B.I.; he was looking at me in an apprehensive, helpless way.

My next memory is of going to Eve's apartment and asking to sleep on the floor, because "I think there's X-rays in my apartment." She said, "Well, if there's X-rays, I've had them, too, and this apartment would be the same." I thought that she had a point: why would she have lived in my apartment if she had known that she could get sick with radiation? But I was disappointed with the lack of response: "They have a dead body—what more do they want?" In a phone call, Arthur denied strongly that Mother could have died of radiation, and I put aside thoughts of investigating her death. My doubts on "cancer" did not become radical until late 1981.

No one surrenders his myths easily. Even before May 23rd, my thoughts of possible articles subjects had returned to the Kennedy era. I remembered how, at Stony Brook, a teacher had remarked on me as interesting because I would worry about people walking on the grass at the edge of paths. I recalled a *Life* photo spread on President Kennedy's rose garden, and a John Updike short story on packed dirt. When I began doing my writing in my parked car—not taking chances with X-rays or whatever—I followed through on these memories and produced the following essay. Shawn returned it in the mail—more of the sentimentality that no one needs. It is about a quarter of the way to a farewell to the New Frontier—another marker in my progress:

## The Garden and the Park

On Tuesday, October 30, 1962, two days after President Kennedy had obtained from Chairman Khrushchev a promise that Soviet offensive missiles would be recalled from Cuba (a promise that, as much as Kennedy's bluff itself, saved the world from nuclear war), the President took time to write a note to Mrs. Paul Mellon, a friend and amateur landscape architect from Upperville, Virginia, saying (according to the account in *A Thousand Days*, by his personal historian, Arthur M. Schlesinger, Jr.), "I need not tell you that your garden has been our brightest spot in the somber surroundings of the last few days." It was Mrs. Mellon who had turned a rather humble space on the south side of the White House into a patriotic symbol. According to the New York edition of *Life*, which featured the garden seven months later, the renovation of the garden had been paid partly with tax money and partly with Mrs. Mellon's own funds. In Schlesinger's view, Kennedy's handling of the missile crisis was the high point of his

375

# Certificate of Death

Certificate No. **156-64-109197**

DIVISION OF RECORDS
DEPARTMENT OF HEALTH
BOROUGH OF MANHATTAN

FILED

'64 APR 30 PM 7:44

1. NAME OF DECEASED *(Print or Typewrite)* **WINIFRED W. CHEN**

| First Name | Middle Name | Last Name |

## PERSONAL PARTICULARS
*(To be filled in by Funeral Director)*

2. USUAL RESIDENCE: (a) State **New York**

(b) Co. **New York** (c) City or Town **New York**

(d) No. **290 Riverside Drive** Ave. St.

(e) Length of residence or stay in City of New York immediately prior to death **20 yrs**

3. SINGLE, MARRIED, WIDOWED, OR DIVORCED *(write the word)* **Married**

4. DATE OF BIRTH OF DECEDENT (Month) (Day) (Year) **March 18, 1915**

5. AGE **49** yrs. | If under 1 year mos. | days | If LESS than 1 day hrs. or | min.

6. Occupation
a. Usual Occupation (Kind of work done during most of working life, even if retired) **Housewife**
b. Kind of Business or Industry in which this work was done **Own Home**

7. SOCIAL SECURITY NO.

8. BIRTHPLACE (State or Foreign Country) **China**

9. OF WHAT COUNTRY WAS DECEASED A CITIZEN AT TIME OF DEATH? **U.S.A.**

10a. WAS DECEASED EVER IN UNITED STATES ARMED FORCES? **No** 10b. IF YES, Give war or dates of service

11. NAME OF FATHER OF DECEDENT **H. C. Wan**

12. MAIDEN NAME OF MOTHER **Tsai Shih**

13. NAME OF INFORMANT **Samuel S. T. Chen**
RELATIONSHIP TO DECEASED **Husband**
ADDRESS **290 Riverside Drive New York, New York**

14a. Name of Cemetery or Crematory **Ferncliff Cemetery**
14b. Location (City, Town or County and State) **Hartsdale, New York**
14c. Date of Burial or Cremation **May 2, 1964**

15. FUNERAL DIRECTOR **New York Funeral Service Co. Inc.**
ADDRESS **148 East 74th Street, N.Y.21, NY**

## MEDICAL CERTIFICATE OF DEATH
*(To be filled in by the Physician)*

16. PLACE OF DEATH:
(a) NEW YORK CITY: (b) Borough **MANHATTAN**
(c) Name of Hospital or Institution **PRESBYTERIAN HOSPITA** *(If not in hospital or institution, give street and number.)*
(d) If in hospital, give Ward No. **P9W**

17. DATE AND HOUR OF DEATH (Month) (Day) (Year) (Hour) **4-29-64 12:05 A**

18. SEX **FEMALE** 19. Approximate Age **49**

20. I HEREBY CERTIFY that (I attended the deceased)* (a staff physician of this institution attended the deceased)*

(Dr. ____ attended the deceased)*
from **3-5** 19**64** to **4-29** 19**64**
and last saw **HER** alive at **12:05 A** on **4-29** 19**64**

I further certify that death t. **WAS NOT** caused, directly or indirectly by accident, homicide, suicide, acute or chronic poisoning, or in any suspicious or unusual manner, and that it was due to NATURAL CAUSES.
* Cross out words that do not apply.
† See first instruction on reverse of certificate.

Witness my hand this **29** day of **APRIL** 19**64**

Signature *Charles R Steinman* M.D.

Name of Physician **CHARLES R STEINMAN** *(Print or typewrite)*

Address **622 WEST 168th ST, N.Y.C.**

BUREAU OF RECORDS AND STATISTICS        DEPARTMENT 01        NEW YORK

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

March 25, 2022

*Gretchen Van Wye*
Gretchen Van Wye, PhD, City Registrar

The City of New York

1 3 4 0 0 0 0 1 8 1 7 4 3



Pro Se Intake Unit
Clerk of Court
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007



Morgan P&DC NY 10001
WED 06 APR 2022 09:03 PM

2022 APR -8 PM 2:51

nyc 10025

29 Riverside Dr., 14C