UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CHEN,

                          Plaintiff,

          -against-                                          22-CV-2938 (LTS)

COMMISSIONER ASHWIN VASAN, NEW                               ORDER
YORK CITY DEPT. OF HEALTH;
DIRECTOR CHRISTOPHER WRAY,
FEDERAL BUREAU OF INVESTIGATION,

                          Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff filed this action *pro se* and *in forma pauperis* (IFP). By order dated April 29,

2022, the Court dismissed the complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i), and

directed him to show cause within 30 days why an order should not be entered barring Plaintiff

from filing any future action IFP in this court without prior permission. (ECF 6.) On May 16,

2017, the Court received a letter from Plaintiff in which he claimed that there was no declaration

form attached to the Court's April 29, 2022, order, and asking "what [he] might do about the

missing declaration form." (ECF 7, at 1.)

        The Court notes that a declaration form was attached to its April 29, 2022, order. (*See*

ECF 6, at 7-8.) In any event, for Plaintiff's convenience, a declaration form is attached to this

order. A declaration form is available on the court's website at:

https://nysd.uscourts.gov/sites/default/files/2021-07/Declaration-fillable.pdf.

        In light of Plaintiff's *pro se* status, the Court grants Plaintiff an extension of time to

respond to the Court's April 29, 2022, order. Plaintiff is directed to file a declaration within 30

days of the date of this order showing cause why an order should not be entered barring Plaintiff

from filing any future action IFP in this court without prior permission. If Plaintiff fails to submit

a declaration within the time directed, or if Plaintiff's declaration does not set forth good cause why this injunction should not be entered, he will be barred from filing any further actions IFP in this court unless he first obtains permission from the court to do so.

SO ORDERED.

Dated:    May 18, 2022
          New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the first and last name of each plaintiff or
petitioner.

                                                Case No. _____  CV  _____

            -against-

_____

_____

_____

Write the first and last name of each defendant or
respondent.

## DECLARATION

_____

_____

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment," or "in Response to Order to Show Cause."

I, _____ ,   declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Attach additional pages and documents if necessary.


_____          _____
Executed on (date)                 Signature

_____          _____
Name                               Prison Identification # (if incarcerated)

_____          _____    _____
Address                            City        State       Zip Code

_____          _____
Telephone Number (if available)    E-mail Address (if available)