UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHEN,<br><br>                    Plaintiff,<br><br>    -against-<br><br>COMMISSIONER ASHWIN VASAN, NEW YORK CITY DEPT. OF HEALTH; DIRECTOR CHRISTOPHER WRAY, FEDERAL BUREAU OF INVESTIGATION,<br><br>                    Defendants. | 22-CV-2938 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued April 29, 2022, the complaint was dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

    Pursuant to the order dated June 28, 2022, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff is barred under 28 U.S.C. § 1651 from filing any civil action in this court without first requesting permission from the court to file the action.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 28, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge