UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHEN,<br><br>                      Plaintiff,<br><br>-against-<br><br>COMMISSIONER ASHWIN VASAN, NEW YORK CITY DEPT. OF HEALTH;<br>DIRECTOR CHRISTOPHER WRAY, FEDERAL BUREAU OF INVESTIGATION,<br><br>                      Defendants. | 22-CV-2938 (LTS)<br><br>AMENDED CIVIL JUDGMENT |

       Pursuant to the order issued April 29, 2022, the complaint was dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

       Pursuant to the order dated June 28, 2022, and modified by the mandate issued by the United States Court of Appeals for the Second Circuit on November 29, 2023, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff is barred under 28 U.S.C. § 1651 from filing future civil actions *in forma pauperis* in this court without first requesting permission from the court to file the action.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 1, 2023
              New York, New York

                                               /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge